■

### MAINEGENERAL MEDICAL CENTER, Plaintiff–Appellant,

v.

### HHS, U.S. SECRETARY, Defendant–Appellee.

No. 99–1085.

United States Court of Appeals, First Circuit.

May 18, 2000.

Before BOUDIN, Circuit Judge, CYR, Senior Circuit Judge, AND LYNCH, Circuit Judge.

### ORDER OF COURT

The petition for rehearing by the panel is denied. The panel opinion holds that the statute neither prohibits the Provider Reimbursement Review Board from taking jurisdiction, nor requires it to do so. In its petition, the government asserts that "[p]ermitting providers to entirely bypass the intermediary's expertise in favor of initial PRRB consideration of cost claims will have potentially disastrous consequences for Medicare's carefully-constructed system of review of such claims." (Pet. at 13.) That is not so. As the panel opinion states, the Board may, in its discretion, take steps to prevent providers from bypassing intermediaries. The Board need *not* review on a case-by-case basis claims not presented to intermediaries; it can adopt an across-the-board policy of refusing to hear such claims. "In light of the statutory scheme here, a rule of consistently refusing to hear inadvertently omitted claims would be rational...." *MaineGeneral Med. Ctr. v. Shalala,* 205 F.3d 493, 501 (1st Cir.2000).

CYR, Senior Circuit Judge (dissenting).

For the reasons stated in my dissent, I believe the panel majority disregards the central reality that the ultimate *ratio decidendi* in this case is whether the method chosen by the Secretary to deter the types of appeals here involved rests on a rational interpretation of the medicare statute, per *Chevron.* It is not the function of the courts to suggest that the Secretary must consider *other* rational means for accomplishing the same end. I therefore respectfully dissent from the denial of the government's petition for panel rehearing.

■

### In re: STRATTON OAKMONT, Debtor.

Chris Arford, Frank & Kathleen Bernatowicz, Scott Bijlani, David Cheung, Bryan Clark, Jim Core, Byron Davis, William S. Debree, Defrank Family Trust, Cameron Deloach, Christopher & Elizabeth Eber, Donald Erskine, Leo & Kathleen Genovese, Gary & Janice George, Timothy & Robyn Gulstrom, Andrew & Janet Gunn, Robert Harding, Jay & Edna Hartman, Kurt Hecht, Bruce & Beverly Heigh, Helali Family Trust, John Andrew Hill, Kenneth Huggett, Joseph A. Jacobs, Lars Erik Jonsson, Peter Knight, Donald & Betsy Latore, Joseph S. Lombardo, Lubbock Radiology Association Profit Sharing Plan, Jerome Lueboke, David L. Meulebroeck, Charles Milano, Wayne Mostiller, Scott Porter, Douglas Railton, Douglas & Janice Railton, James Reider, Robert & Margaret Riehn, Dean Robinson, Isaac Roe, Richard Shedrick, Henry Simons IRA, Henry Simons, Claude Stemp, Erik Szeto IRA, Erik Szeto Profit Sharing, Erik Szeto, Erik & Yuen Fai Chen Szeto, Rick Tivers, Clifford Toback, Richard A. Vogel Partnership, Robert

Wales IRA, Robert Wales, George "Pat" Walsh, Otto Wick, Douglas Wittmeyer and Nora Wood Family Trust, Claimants–Appellants,

v.

Harvey R. Miller, Esq., As Trustee for the liquidation of Stratton Oakmont, Inc., Trustee–Appellee,

Securities Investor Protection Corporation, Appellee.

Docket No. 99–5076.

United States Court of Appeals, Second Circuit.

Argued April 12, 2000.

Decided April 18, 2000.

Thomas A. Hargett, Indianapolis, Indiana (Maddox Koeller Hargett & Caruso, Steven B. Caruso, New York, New York, on the brief), for Claimants-Appellants.

Steven Alan Reiss, New York, New York (Adam C. Rogoff, Theodore E. Tsekerides, Jeremy E. Novak, Gary D. Ticoll, Weil, Gotshal & Manges, on the brief), for Trustee–Appellee.

Josephine Wang, Senior Associate General Counsel, Washington, D.C. (Stephen P. Harbeck, General Counsel, Securities Investor Protection Corporation, Washington, D.C., on the brief), for Appellee.

Before: NEWMAN, KEARSE, and CABRANES, Circuit Judges.

PER CURIAM:

The judgment is affirmed on the opinion of District Judge Richard M. Berman published at 239 B.R. 698 (S.D.N.Y.1999), *aff'g* 229 B.R. 273 (Bankr.S.D.N.Y.1999).

In re Mohamed AL FAYED, Appellant,

v.

UNITED STATES of America, Intervenor.

No. 99–1268.

United States Court of Appeals, Fourth Circuit.

Argued: Dec. 3, 1999

Decided: April 26, 2000

